————o————

WILLIAM JAMES, *et al.*, Plaintiffs in Error, *vs.* E. W. BISHOP, *et al.*, Defendants in Error.

1. Dismissed, no assignment of errors nor brief being filed.

*Error to Phelps Circuit Court.*

*Ewing & Smith,* for Plaintiffs in Error.

*C. C. Bland,* for Defendants in Error.

SHERWOOD, Judge, delivered the opinion of the court.

No assignment of errors or brief having been filed in this case, the writ of error is dismissed; Judge Vories absent, the other judges concur.